UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| YAN SUI, PEI-YU YANG,<br><br>   Plaintiffs,<br><br>   v.<br><br>RICHARD A. MARSHACK, et al.,<br><br>   Defendants. | Case No. SACV 13-1607 JAK (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"), plaintiffs' objections to the Report, and defendants' response to those objections. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: July 23, 2014

_____
JOHN A. KRONSTADT
United States District Judge