**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **YAN SUI, PEI-YU YANG,** | |
| Plaintiffs, | Case No. SACV 13-1607 JAK (AJW) |
| v. | |
| **RICHARD A. MARSHACK, et al.,** | J U D G M E N T |
| Defendants. | |

**IT IS ADJUDGED THAT:** (1) plaintiffs' claims against Richard A. Marshack, Marshack Hays, LLP (erroneously sued as Marshack & Hays, LLC), Clarence Yoshikane, and Pickford Real Estate Inc. dba Berkshire Hathaway Homeservices California Properties (erroneously sued as Prudential Realty) be dismissed in their entirety without prejudice to plaintiffs' ability to refile those claims, provided plaintiffs first obtain written leave to do so from the Bankruptcy Court; (2) plaintiffs' claims against defendant Office of the United States Trustee be dismissed with prejudice; (3) plaintiffs' federal claims against defendant Wells Fargo Bank be dismissed with prejudice; and (4) plaintiffs' state law claims against defendants Wells Fargo Bank and 2176 Pacific Homeowners Association be dismissed without prejudice for lack of subject matter jurisdiction.

DATED: April 10, 2015

_____
JOHN A. KRONSTADT
United States District Judge