# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| YAN SUI, an individual, and PEI-YU YANG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD A. MARSHACK, an individual; MARSHACK & HAYS, LLC, a California Corp.; CLARENCE YOSHIKANE, an individual; PRUDENTIAL REAL ESTATE CORP., a California Corp.; WELLS FARGO BANK, dba Wells Fargo Home Mortgage, Inc.; OFFICE OF THE UNITED STATES TRUSTEES [sic], a United States Agency; 2176 PACIFIC HOMEOWNERS ASSOCIATION, a California corp.,<br><br>Defendants. | Case No. SACV13-01607 JAK (AJW)<br><br>HON. JOHN A. KRONSTADT<br>UNITED STATES JUDGE<br><br>**JUDGMENT AGAINST PLAINTIFFS, YAN SUI AND PEI-YU YANG, JOINTLY AND SEVERALLY, FOR DEFENDANTS' AWARDED ATTORNEYS' FEES** |

The Court, having reviewed the arguments and evidence presented by counsel for Trustee Defendants and Plaintiffs Yan Sui and Pei-yu Yang, orders that Judgment is hereby granted in favor of Defendants RICHARD MARSHACK, MARSHACK HAYS LLP, CLARENCE YOSHIKANE, and PICKFORD REAL ESTATE, INC., dba BERKSHIRE HATHAWAY HOMESERVICES CALIFORNIA PROPERTIES.

Plaintiffs shall make payment to "Dentons US LLP" in the total amount within 30 days. Any payment that is made is to be applied as a credit to what is determined in the Bankruptcy Proceedings to have been a parallel fee award made in the Bankruptcy Proceedings.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that Defendants RICHARD MARSHACK, MARSHACK HAYS LLP, CLARENCE YOSHIKANE, and PICKFORD REAL ESTATE, INC., dba BERKSHIRE HATHAWAY HOMESERVICES CALIFORNIA PROPERTIES, shall recover attorneys' fees from Plaintiffs YAN SUI and Pei-yu Yang, jointly and severally, in the sum of $30,319.50. Payment shall be made payable to "Dentons US LLP" within thirty (30) days from the entry of this Judgment.

IT IS SO ORDERED.

DATED: 3/28/16

HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE